No. 615. W. W. CASEY ET AL. *v.* A. EIKLAND ET AL. December 20, 1920. Petition for a writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Frank P. Deering* and *Mr. George B. Grigsby* for petitioners. No appearance for respondents.

No. 621. PERFECTION DISAPPEARING BED COMPANY, INC., ET AL. *v.* MURPHY WALL BED COMPANY ET AL. December 20, 1920. Petition for a writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Herman H. Phleger* for petitioners. *Mr. William K. White* for respondents.

No. 626. JOHN HEDENSKOY *v.* ALASKA PACKERS ASSOCIATION. December 20, 1920. Petition for a writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Jackson H. Ralston* and *Mr. H. W. Hutton* for petitioner. No appearance for respondent.

No. 634. SOLOMON ROTHMAN ET AL. *v.* UNITED STATES. December 20, 1920. Petition for a writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Louis Marshall* for petitioners. *Mr. Assistant Attorney General Stewart* and *Mr. W. C. Herron* for the United States.